**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| LDM GROUP, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:12-cv-02043 |
| | ) |
| OPTIMIZERx CORPORATION, | ) |
| | ) |
| Defendant. | ) |

**RULE 41 DISMISSAL**

Pursuant to Rules 41(a)(1) and 41(c) of the Federal Rules of Civil Procedure, Plaintiff LDM Group, LLC and Defendant OptimizeRx Corporation voluntarily dismiss their claims and/or counterclaims as set forth in this matter with prejudice as to those claims existing as of the effective date of the Confidential Settlement entered into among the parties, each party to bear its own fees and costs.

Dated:  March 7, 2013

Respectfully submitted,

| **LEWIS, RICE & FINGERSH, L.C.** | **HARNESS DICKEY & PIERCE, P.L.C.** |
|---|---|
| By:   /s/ *Bridget G. Hoy* | By:   /s/ *Matthew L. Cutler* |
| Richard B. Walsh, Jr., #33523MO | Matthew L. Cutler, #46305MO |
| Bridget G. Hoy, #50733MO | Douglas A. Robinson, #58304MO |
| 600 Washington Ave., Ste 2500 | 7700 Bonhomme, Suite 400 |
| St. Louis, Missouri  63101 | St. Louis, Missouri  63105 |
| Telephone:  (314) 444-7600 | Telephone:  (314) 726-7500 |
| Fax:  (314) 241-6056 | Fax:  (314) 726-7501 |
| | |
| Attorneys for Plaintiff LDM Group, LLC | Attorneys for Defendant OptimizeRx Corporation |

1894292

2

**<u>CERTIFICATE OF SERVICE</u>**

  The undersigned hereby certifies that on March 7, 2013, the foregoing was served via the Court's electronic filing system upon all counsel of record.

               /s/ *Bridget G. Hoy*